IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NICOLE SIMONS,

                Plaintiff,

vs.

SHANTONU BASU, LOGAN SCHIFF,
ENEDINA PILAR SANCHEZ, and KEVIN
MCCLANAHAN,

                Defendants.

8:26CV161

MEMORANDUM AND ORDER

On May 1, 2026, the Court ordered Plaintiff to update her address with the Court within 30 days or face dismissal of this action.  Filing No. 7.  To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

Dated this 3rd day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge